UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br>v.<br><br>JOHN DOES 1-8,<br><br>    Defendants. | Civil Action Case No. 1:12-08938 |

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF ALL JOHN DOE DEFENDANTS

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses all John Doe Defendants from this action without prejudice. Defendants were issued the IP addresses 71.90.94.67, 173.15.99.21, 67.167.24.191, 67.173.1.76, 67.184.102.20, 68.57.245.152, 71.57.90.198 and 98.213.219.180, respectively. Plaintiff dismisses John Doe Defendants because the period of time for which the Internet Service Providers keeps the data records has elapsed.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: January 24, 2013

    Respectfully submitted,

    SCHULZ LAW, P.C.

    By: /s/ *Mary K. Schulz*
    Mary K. Schulz, Esq.
    1144 E. State Street, Suite A260
    Geneva, Il 60134
    Tel: (224) 535-9510
    Fax: (224) 535-9501

Email: schulzlaw@me.com
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of January, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

By: /s/ *Mary K. Schulz*
Mary K. Schulz, Esq.